IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) OUTLAW RESTAURANTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-15-992-R |
| ) | |
| (1) CENTURY SURETY COMPANY; and ) | |
| (2) USG INSURANCE SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon review of Defendant Century Surety Company's Motion to Dismiss [Doc. # 56], the Court orders, that for good cause shown, the Motion is GRANTED.

**IT IS THEREFORE ORDERED** that Defendant Century Surety Company is released from liability and dismissed with prejudice from this action.

**IT IS SO ORDERED** this 17th day of October, 2017.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE